USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | 13 Cr. 329 (LGS) |
| UZIEL TAVERAS, | |
| Defendant. | |

In the event that the defendant, UZIEL TAVERAS, refuses to be produced for the purpose of being transferred to this Court to appear for proceedings related to the Probation Department's violation report, or refuses to be produced for an arraignment upon the specifications contained in that report, the Court hereby authorizes United States Marshals Service, the Bureau of Prisons, officers of the New York Department of Corrections, and the Superintendent, Warden, or other person in charge of the Manhattan Detention Complex, to utilize such force as is necessary and reasonable to produce said inmate with such additional security provided as necessary to ensure the safety of the Court and Court personnel, so that he may be transferred to this district and arraigned upon the specifications contained in the Probation Department's violation report.

Dated: New York, New York
December 20, 2019

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE