

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2020

**By ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Uziel Taveras*, 13 CR 329 (LGS)

Dear Judge Schofield:

    The defendant in the above-captioned case was presented yesterday before the Honorable Katharine H. Parker, United States Magistrate Judge, and informed of the specifications relating to his alleged violation of supervised release. Judge Parker set a control date of January 29, 2019.

    The specifications in this case concern violations of state law, with which the defendant is currently charged by the State of New York. The state proceedings are in discovery and have not yet been resolved, and the next court appearance is currently scheduled for January 28, 2020. Accordingly, the parties respectfully request that the Court adjourn the control date and direct the parties to provide a status report in 60 days, on March 16, 2020.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

Application GRANTED. The January 29, 2020, conference is adjourned *sine die*. The parties shall file a status letter on March 16, 2020. The Clerk of the Court is respectfully directed to terminate the letter motion at docket number 117.

Dated: January 17, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**