

U.S. Department of Justice
*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 15, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: March 17, 2020 |

RE: <u>United States</u> v. <u>Uziel Taveras</u>
13 Cr. 329 (LGS)

Dear Judge Schofield:

Pursuant to the Court's order on January 17, 2020 (ECF No. 120), the parties write to update the Court as to the status of the defendant's state proceedings, which form the bases of the defendant's alleged violations of supervised release. The case remains in pretrial proceedings, and the next court appearance is currently scheduled for June 2, 2020.

Accordingly, the parties respectfully request that the Court direct the parties to provide a status report in an additional 90 days, on June 15, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

CC: Jocelyn E. Strauber, Esq.
Alissa M. Curran, Esq.

Application Granted. The parties shall file a status letter on June 15, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 121.

Dated: March 17, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE