

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    <u>United States v. Uziel Taveras</u>
                 13 Cr. 329 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's order on March 17, 2020 (<u>ECF No. 122</u>), the parties write to update the Court as to the status of the defendant's state proceedings, which form the bases of the defendant's alleged violations of supervised release. The case remains in pretrial proceedings, and the next court appearance is currently scheduled for July 14, 2020, though it may be adjourned due to the ongoing pandemic.

    The parties had discussed asking the Court to set a new control date in 60 to 90 days. We are aware, however, that Probation has recently asked to adjourn the case for six months, and the parties do not object to that request.

Application Granted. The parties shall file a joint status letter on August 31, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 123.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

Dated: June 17, 2020
New York, New York

by: _____
    Andrew A. Rohrbach
    Assistant United States Attorney
    (212) 637-2345

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**