

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2022

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Application Granted. The parties shall file a joint status letter on **July 1, 2022**. The Clerk of the Court is directed to terminate the letter motion at docket number 141.*

*Dated: May 2, 2022*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

RE: **United States v. Uziel Taveras**
**13 Cr. 329 (LGS)**

Dear Judge Schofield:

The parties write to provide the Court with an update as to the status of the defendant's state proceedings, which form the bases of the defendant's alleged violations of supervised release. The defendant's trial in New York state has been postponed until early June. Accordingly, the parties jointly and respectfully request permission to provide the next status report on July 1, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

CC: Defense counsel (by ECF)