

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 13, 2023

> Application Granted.  Defendant's sentencing hearing shall be held on **May 8, 2023, at 4:00 p.m**.  Defendant's sentencing submission, if any, shall be filed on **April 25, 2023**.  The Government's sentencing submission, if any, shall be filed on **April 28, 2023**. The Clerk of the Court is directed to terminate the letter motion at docket number 178.
>
> Dated: April 17, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    RE:    <u>United States</u> v. <u>Uziel Taveras</u>
             13 Cr. 329 (LGS)

Dear Judge Schofield:

    The Government writes regarding the status of the proceedings regarding the defendant's violation of the terms of his supervised release.  Today, the defendant admitted specifications one, two, three, and seventeen in the violation report at a plea proceeding before the Hon. Sarah L. Cave, United States Magistrate Judge.

    The parties respectfully request that the Court set a date for sentencing in this matter.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

        by:          /s/
              Andrew A. Rohrbach
              Assistant United States Attorney
              (212) 637-2345

CC: Defense counsel (by ECF)