UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                     :

   UNITED STATES OF AMERICA,              :

                                               :

                                             :           13 Cr. 329-04  (LGS)

                -against-               :

                                             :                ORDER

   UZIEL TAVERAS,                     :

                                Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for May 8, 2023, is

adjourned to **June 5, 2023, at 4:30 p.m.**

Dated: May 5, 2023
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                **UNITED STATES DISTRICT JUDGE**